FILED
CLERK, U.S. DISTRICT COURT

5/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>BRIAN K. WILLIAMS,<br><br>          Defendant. | CR No. 2:25-CR-00400-AB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 844(e): Threats Regarding Fire and Explosives] |
|---|---|

The United States Attorney charges:

[18 U.S.C. § 844(e)]

On or about October 3, 2024, in Los Angeles County, within the Central District of California, defendant BRIAN K. WILLIAMS, through the use of a telephone and instrument of interstate and foreign commerce, willfully made a threat concerning an attempt and alleged attempt being made, and to be made, to unlawfully damage and destroy a building and other real property, by means of an explosive.

//

//

Specifically, defendant WILLIAMS used a telephone to call the Los Angeles Police Department and stated that a bomb had been placed inside of Los Angeles City Hall.

                                   BILAL A. ESSAYLI
                                   United States Attorney


                                   DAVID T. RYAN
                                   Assistant United States Attorney
                                   Chief, Nation Security Division

2