# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-cr-00400-AB |
| v. | |
| BRIAN K. WILLIAMS | **ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

This Court has a conflict.

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

June 6, 2025
Date

United States District/Magistrate Judge

## Notice to Counsel from Clerk

The above-referenced criminal case has been randomly reassigned to Judge **R. Gary Klausner**. On all documents subsequently filed in this case, please substitute the initials **RGK** after the case number in place of the initials of the prior judge so that the case number will read **2:25-cr-00400-RGK**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CR-102 (06/23)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL