UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00400-AB | Date: | June 6, 2025 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter: | None |

| Evelyn Chun | Suzanne McKennon | AUSA, David T. Ryan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian K. Williams | √ | | √ | Dmitry Gorin | √ | | √ |
| | | | | Allen Eisner | √ | | √ |

**Proceedings:**   SENTENCING (Non-Evidentiary) (NOT HELD)

For reasons stated on the record, the above-referenced case is to be reassigned.

:   03

Initials of Deputy Clerk   EVC