EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd. Ste. 1000
Encino, CA 91436
Phone: (818) 781-1570 Email: alan@egattorneys.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 25-00400-RGK |
| v. | |
| BRIAN WILLIAMS | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: **(List Documents)**

1. Application for order to file under seal
2. Proposed order
3. Under Seal Document and Exhibits

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 23, 2025                    Alan Eisner
Date                                  Attorney Name
                                      BRIAN WILLIAMS
                                      Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                  NOTICE OF MANUAL FILING OR LODGING